IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40589
Conference Calendar

_____


GARY E. HILL,

                                        Plaintiff-Appellant,


versus


CSC CREDIT SERVICES, INC.,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:94-CV-109
- - - - - - - - - -
August 22, 1996
Before DUHÉ and DeMOSS, Circuit Judges.[*]

PER CURIAM:[**]

    Gary E. Hill appeals from the district court's entry of

summary judgment in favor of the defendant in his suit under the

Fair Credit Reporting Act, 15 U.S.C. § 1681.  Hill contends that

he was denied notice that the district court was considering

dismissal on summary judgment grounds.  Hill also argues that he

was denied his constitutional right to a jury trial.

_____

    [*]  This case is decided by a quorum.  28 U.S.C. § 46(d).

    [**]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

The district court gave Hill the notice to which he was entitled prior to granting summary judgment.  See Enplanar, Inc. v. Marsh, 11 F.3d 1284, 1293 n.11 (5th Cir.), cert. denied, 115 S. Ct. 312 (1994).  Hill's assertion that he was denied his constitutional right to a jury trial was not adequately briefed and is thus deemed abandoned on appeal.  Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).  Hill also requested this court to appoint Fairchild, Price, Thomas, and Haley, counsel initially retained by Hill, as counsel on appeal.  Hill has demonstrated his ability to present his case coherently, and his claims do not raise novel or complex questions of law.  Accordingly, Hill's request for appointment of counsel on appeal is DENIED.  See Salmon v. Corpus Christi Independent School Dist., 911 F.2d 1165, 1166 (5th Cir. 1990).

AFFIRMED.